IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI

SECOND JUDICIAL DISTRICT

TINA M. JOHNSON and husband
GINO M. JOHNSON                                                    PLAINTIFFS

VERSUS                                              CIVIL ACTION NO. A2402-2021-048

WAL-MART STORES EAST, LP;
JOHN DOES 1-5; and XYZ
CORPORATIONS 1-5                                                   DEFENDANTS



**<u>COMPLAINT</u>**

COME NOW the Plaintiffs TINA M. JOHNSON and husband GINO M. JOHNSON,

and for cause of action against the Defendants WAL-MART STORES EAST, LP; JOHN

DOES 1-5; and XYZ CORPORATIONS 1-5 , INC., would, with respect, show unto the

Court the following facts, to-wit:

I.

Plaintiffs Tina M. Johnson and husband Gino M. Johnson are adult resident citizens

of Harrison County, Mississippi.

II.

Defendant WAL-MART STORES EAST, LP (hereinafter referred to as "WAL-

MART"), is a foreign limited partnership organized and existing under the laws of the State

of Delaware, which has qualified to do and is doing business in the State of Mississippi,

and has appointed and designated C T Corporation System, 645 Lakeland East Drive,

Suite 101, Flowood, Mississippi 39232, as its registered agent for the service of legal

process in the event of suit against it.



III.

Plaintiffs also bring this action against John Does 1-5 and XYZ Corporations 1-5 who are person, firms, corporations or legal entities presently unknown to Plaintiffs and unidentifiable by them, who may have also participated in the acts or events described in this Complaint and who may also be liable to Plaintiffs.   If the identity of these persons/entities becomes known through discovery, Plaintiffs will amend this Complaint to join them as defendants.

IV.

This Court has subject matter jurisdiction of this cause pursuant to the provisions of Miss. Code Ann. §9-7-81 (1972) in that the subject matter of this litigation is not made exclusively cognizable in some other court by the Constitution and laws of this State, and the principal amount in controversy exceeds the sum of Three Thousand Five Hundred and No/100 Dollars ($3,500.00).

V.

At all times hereinafter complained of, the Defendant Wal-Mart owned and/or operated a retail store known as Wal-Mart Supercenter No. 2715 located at 3615 Sangani Boulevard, D'Iberville, Harrison County, Mississippi.  Said premises were owned and/or operated by the Defendant Wal-Mart solely for the purpose of attracting the general public to come onto said premises for the economic advantage of said Defendant Wal-Mart; that said Defendant Wal-Mart invited the general public onto its premises as business visitors, invitees and prospective customers.

VI.

At all relevant times, the Defendant Wal-Mart had the responsibility and duty of maintaining the premises including, but not limited to, the floors, walkways and aisles throughout and around said store, in a reasonably safe condition for use by its patrons.

## COUNT ONE

VII.

On March 19, 2018, the Plaintiff Tina M. Johnson was shopping at the Defendant Wal-Mart's store located at 3615 Sangani Boulevard, D'Iberville, Mississippi, and on said date Plaintiff Tina M. Johnson was a visitor and invitee on Defendant Wal-Mart's premises and was making lawful use of the premises at the time of the wrongs and injuries hereinafter complained of. Defendant Wal-Mart owed Plaintiff Tina M. Johnson the duty of furnishing her a reasonably safe place within said premises in which to walk and the duty to exercise ordinary care and caution in and about the operation, maintenance and management of said store and premises; the Defendant Wal-Mart breached and violated said duties then and there owed the Plaintiff Tina M. Johnson and as a direct and proximate result thereof, the Plaintiff Tina M. Johnson was injured and damaged as hereinafter alleged.

VIII.

Plaintiff Tina M. Johnson was shopping in the housewares department of Defendant Wal-Mart's store and was exercising all due care and caution for her own safety. As Plaintiff Tina M. Johnson walked through the area where rugs were displayed for sale, she stepped on a small rug/mat which had been left on the floor. The rug/mat slipped causing Plaintiff Tina M. Johnson to trip and fall. As a result of her fall, she sustained severe,

painful and permanent injuries.  The Defendant Wal-Mart, its agents, servants and employees were negligent in allowing the rug/mat to remain on the floor after they knew, or by the exercise of reasonable care, should have known, that the rug/mat created a hazard to business customers, including the Plaintiff Tina M. Johnson.

IX.

Plaintiffs charge that the Defendant Wal-Mart was negligent in one or more of the following respects which proximately caused or contributed to her injuries and damages, to wit:

A.    In failing to properly maintain the premises;

B.    In failing to eliminate the hazard in a timely manner;

C.    In failing to use due and reasonable care to warn of the hazard;

D.    In failing to provide safe, adequate and proper aisles and walkways throughout and around the facility for business invitees, including the Plaintiff Tina M. Johnson;

all of which the Plaintiffs charge was negligence which proximately caused or contributed to Plaintiff Tina M. Johnson's injuries and damages.

X.

As a direct and proximate result of the negligence of the Defendant Wal-Mart, the Plaintiff Tina M. Johnson was caused to suffer serious, permanent, painful and disabling injuries for which she should be compensated.  She has incurred significant medical, hospital, drug, physical therapy and related expenses to date and can reasonably expect future medical expenses for the rest of her life.   Plaintiff Tina M. Johnson has past lost wages and can reasonably expect future lost wages and a permanent loss of wage-earning

capacity.  She has suffered severe mental and emotional anxiety and can reasonably expect future mental and emotional pain and suffering.  She has endured and continues to experience physical pain and has lost the enjoyment of normal life.  She will have permanent disability and will face a lifetime of physical and mental pain and suffering as a direct and proximate result of the negligence of the Defendant Wal-Mart.

XI.

Plaintiffs allege that the injuries and damages sustained by Plaintiff Tina M. Johnson were the direct and proximate result of the recklessness, negligence, willfulness, wantonness and unlawfulness on the part of the Defendant Wal-Mart as above stated without any negligence on the part of the Plaintiff Tina M. Johnson contributing thereto.

## COUNT TWO

XII.

Plaintiffs incorporate herein by reference all of the allegations of Paragraphs I through XI of the Complaint and further say that prior to the injuries sustained by reason of Defendant Wal-Mart's negligence, as aforesaid, Plaintiff Tina M. Johnson was in good health, vivacious and fully capable of performing and actually did perform the usual duties of a wife; that prior to said accident Plaintiff Tina M. Johnson was a pleasing and loving wife to the Plaintiff Gino M. Johnson, and as a consequence thereof, Plaintiff Gino M. Johnson received much comfort and happiness in her society and companionship; that by reason of said injuries, Plaintiff Tina M. Johnson has been unable to perform the duties which she had theretofore performed for Plaintiff Gino M. Johnson and that as a result of Plaintiff Tina M. Johnson's injuries, Plaintiff Gino M. Johnson has been deprived of the companionship, company, consortium and services of his wife and his comfort and

happiness in her society and companionship have been greatly impaired, and because of the injuries to his wife, the Plaintiff Gino M. Johnson will continue to be deprived of the comfort, companionship, consortium and services usually and ordinarily provided by a wife in good health and of unimpaired vigor and strength.  He will be deprived of her consortium for the rest of their lives, all of which have caused Plaintiff Gino M. Johnson great mental pain and anguish and damages.

XIII.

Plaintiffs allege that the aforesaid injuries and damages caused to Plaintiff Gino M. Johnson were the direct and proximate result of the carelessness, negligence and recklessness of the said Defendant Wal-Mart as aforesaid and that Plaintiff Gino M. Johnson is entitled to recover damages against said Defendant Wal-Mart herein for his loss of consortium.

**AD DAMNUM**

WHEREFORE, premises considered Plaintiffs Tina M. Johnson and husband Gino M. Johnson bring this suit for all damages of every kind and nature to which they may be entitled, and Plaintiffs demand judgment against the Defendants Wal-Mart Stores East, LP; John Does 1-5; and XYZ Corporations 1-5, jointly and severally as follows:

(a)    For an amount that will compensate the Plaintiff Tina M. Johnson for all damages for the personal injuries and permanent disability she has sustained, including loss of enjoyment of life.

(b)    For an amount that will compensate the Plaintiff Tina M. Johnson for all medical expenses she has incurred and she will likely incur in the future.

(c)   For an amount that will compensate the Plaintiff Tina M. Johnson for her past, present and future pain, suffering and mental anguish and hedonic damages.

(d)   For an amount that will compensate the Plaintiff Tina M. Johnson for her past, present and future lost wages.

(e)   For an amount that will compensate the Plaintiff Gino M. Johnson for his loss of consortium.

(f)   For all interest, costs of court, and other expenses incurred by the Plaintiffs in bringing this action.

Plaintiffs finally pray for a trial by jury.

Respectfully submitted,

TINA M. JOHNSON and husband GINO M. JOHNSON, PLAINTIFFS

By: _____
L. O'Neal Williams, Jr.
Of Counsel for Plaintiffs

L. O'NEAL WILLIAMS, JR. (MSB #7248) -
nealwilliams@wwmlawfirm.net
Cory M. Williams (MSB #102870)
corywilliams@wwmlawfirm.net
WILLIAMS, WILLIAMS & MONTGOMERY, P.A.
140 MAYFAIR ROAD, SUITE 1100
HATTIESBURG, MS 39402
TELEPHONE: (601) 271-7943
FAX: (601) 271-7875
ATTORNEYS FOR PLAINTIFFS

RETURN

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI

SECOND JUDICIAL DISTRICT

TINA M. JOHNSON and husband
GINO M. JOHNSON                                                    PLAINTIFFS

VERSUS                                         CIVIL ACTION NO. A2402-2021-048

WAL-MART STORES EAST, LP;
JOHN DOES 1-5; and XYZ
CORPORATIONS 1-5                                                   DEFENDANTS

# SUMMONS

THE STATE OF MISSISSIPPI

TO:   **WAL-MART STORES EAST, LP**, a foreign limited partnership organized and
      existing under the laws of the State of Delaware and qualified to do and is doing
      business in the State of Mississippi, through *C T Corporation System, 645
      Lakeland East Drive, Suite 101, Flowood, MS 39232*, its registered agent for
      service of legal process.

## NOTICE TO DEFENDANT(S)

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU**

**MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

        You are required to mail or hand-deliver a copy of a written response to the Complaint to
**L. O'NEAL WILLIAMS, JR.**, the attorney for the Plaintiff(s), whose post office and street address
is 140 Mayfair Road, Suite 1100, Hattiesburg, MS 39402. Your response must be mailed or delivered
within (30) days from the date of delivery of this summons and complaint or a judgment by default will
be entered against you for the money or other things demanded in the complaint.

        You must also file the original of your response with the Clerk of this Court within a reasonable
time afterward.

        Issued under my hand and seal of said Court, this 21st day of May, 2021.

                                    CONNIE LADNER
                                    CIRCUIT CLERK, HARRISON COUNTY
                                    730 DR MARTIN LUTHER KING JR BLVD
                                    BILOXI, MS 39530

(SEAL)                              By _____
                                                      DEPUTY CLERK

IN THE <u>CIRCUIT</u> COURT OF <u>HARRISON</u> COUNTY, MISSISSIPPI

<u>SECOND</u> JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____
   <span style="font-size:small">File Yr    Chronological No.    Clerk's Local ID</span>

Docket No. If Filed
Prior to 1/1/94 _____

### PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
### IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Plaintiff #2:**

Individual: <u>JOHNSON</u>  <u>GINO</u>  ( _____ )  <u>M.</u>  _____
   <span style="font-size:small">Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV</span>

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
   <span style="font-size:small">Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated</span>

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: <u>7248</u> Bar # or Name: <u>L. O'Neal Williams. Jr.</u>   Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

Individual: _____  _____  ( _____ )  _____  _____
   <span style="font-size:small">Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV</span>

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
   <span style="font-size:small">Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated</span>

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____   Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

Individual: _____  _____  ( _____ )  _____  _____
   <span style="font-size:small">Last Name    First Name    Maiden Name, if Applicable    Middle Init.    Jr/Sr/III/IV</span>

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

   Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

   D/B/A _____

**Business** _____
   <span style="font-size:small">Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated</span>

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

   D/B/A _____

ATTORNEY FOR THIS PLAINTIFF: _____ Bar # or Name: _____   Pro Hac Vice (✓)___ Not an Attorney(✓)___



# WILLIAMS, WILLIAMS & MONTGOMERY, P.A.

### ATTORNEYS AT LAW

POPLARVILLE

Joseph H. Montgomery
E. Bragg Williams, III
Michael E. Patten
Gregory P. Holcomb
Raymond J. Patten

109 W. Erlanger Street
P.O. Box 113
Poplarville, MS 39470

140 Mayfair Road
Suite 1100
Hattiesburg, MS 39402

TELEPHONE: (601) 271-7943
FAX: (601) 271-7875

HATTIESBURG

L. O'Neal Williams, Jr.
Cory M. Williams

E. B. Williams 1890-1976
E. B. Williams, Jr. 1917-1990
Lampton O. Williams 1918-2015

March 12, 2021

Honorable Connie Ladner
Circuit Clerk, Harrison County
730 Dr Martin Luther King Jr Blvd
Biloxi, MS 39530

Re:   Tina M. Johnson and husband Gino M. Johnson vs. Wal-Mart Stores East, LP, *et al.*

Dear Ms. Ladner:

In connection with the above-captioned claim, we enclose the following:

- Original Complaint - Please file the original.

- Civil Cover Sheet

- Our firm check in the amount of $166.00 as court costs

We are not issuing process at this time.

Thank you for your attention to our requests.

Yours very truly,

WILLIAMS, WILLIAMS & MONTGOMERY, P.A.

By:   */s/ L. O'Neal Williams, Jr.*
      L. O'Neal Williams, Jr.

LOW,JR:jas
Enclosures

RECEIVED
3-15-2021
by mail

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court    Form AOC/01
Administrative Office of Courts    (Rev 2016)

**Court Identification Docket #**

| Court Identification Docket # | | Case Year | Docket Number |
|---|---|---|---|
| 2 4 2 | C I | 2 0 2 1 | 0 0 0 4 8 |
| County # | Court ID (QH, CI, CO) | | |
| Judicial District | | | Local Docket ID |

| 0 3 1 5 2 1 | CLS |
|---|---|
| Month  Date  Year | |

This area to be completed by clerk    Case Number if filed prior to 1/1/94

| In the CIRCUIT | Court of HARRISON | County — SECOND | Judicial District |
|---|---|---|---|

**Origin of Suit** (Place an "X" in one box only)

[X] Initial Filing    [ ] Reinstated    [ ] Foreign Judgment Enrolled    [ ] Transfer from Other court    [ ] Other
[ ] Remanded    [ ] Reopened    [ ] Joining Suit/Action    [ ] Appeal

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual  JOHNSON    TINA    M.

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency

**Business**

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A

**Address of Plaintiff**  15352 Sugarcane Cove, Gulfport, MS 39503

**Attorney (Name & Address)**  L. O'Neal Williams, Jr. 140 Mayfair Rd. Ste 1100, Hattiesburg, MS 39402    **MS Bar No.** 7248

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing:

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual

| Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV |

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency

**Business**  WAL-MART STORES EAST, LP, a Delaware limited partnership

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A

**Attorney (Name & Address) - If Known**    **MS Bar No.**

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit** (Place an "X" in one box only)

**Domestic Relations**
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce: Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

**Appeals**
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other

**Business/Commercial**
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

**Probate**
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment Approval*

- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other

**Children/Minors - Non-Domestic**
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other

**Civil Rights**
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

**Contract**
- [ ] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

**Statutes/Rules**
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

**Real Property**
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

**Torts**
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [X] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI

SECOND JUDICIAL DISTRICT

TINA M. JOHNSON and husband
GINO M. JOHNSON                                                    PLAINTIFFS

VERSUS                                        CIVIL ACTION NO. A2402-2021-048

WAL-MART STORES EAST, LP;
JOHN DOES 1-5; and XYZ
CORPORATIONS 1-5                                                 DEFENDANTS

# SUMMONS

THE STATE OF MISSISSIPPI

TO:  **WAL-MART STORES EAST, LP,** a foreign limited partnership organized and existing under the laws of the State of Delaware and qualified to do and is doing business in the State of Mississippi, through *C T Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232*, its registered agent for service of legal process.

## NOTICE TO DEFENDANT(S)

**THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU**

**MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.**

You are required to mail or hand-deliver a copy of a written response to the Complaint to **L. O'NEAL WILLIAMS, JR.**, the attorney for the Plaintiff(s), whose post office and street address is 140 Mayfair Road, Suite 1100, Hattiesburg, MS 39402. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and seal of said Court, this 21st day of May, 2021.

(SEAL)

CONNIE LADNER
CIRCUIT CLERK, HARRISON COUNTY
730 DR MARTIN LUTHER KING JR BLVD
BILOXI, MS 39530

By _____
                                                          DEPUTY CLERK

PROOF OF SERVICE - SUMMONS
(Process Server)

**WAL-MART STORES EAST, LP through C T Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232**
Name of Person or Entity Served

      I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.  By mailing (by first class mail, postage prepaid) copies to person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

_____ PERSONAL SERVICE.  I personally delivered copies to _____
_____
on the _____ day of _____, 2021.

_____ RESIDENCE SERVICE.  After exercising reasonable diligence I was unable to deliver copies to said person within _____.  I served the summons and complaint on the _____ day of _____, 2021, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2021, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE.  By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.  (Attach signed return receipt or other evidence of actual delivery to the person served.)

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service:      $_____

Process server must list below:  [Please print or type]
Name        _____
Address    _____
           _____
           _____
Telephone No. _____

STATE OF MISSISSIPPI
COUNTY OF LAMAR

      Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process server (signature)

Sworn to and subscribed before me this the _____ day of _____, 2021.

(SEAL)                            NOTARY PUBLIC

PROOF OF SERVICE - SUMMONS
(Process Server)

WAL-MART STORES EAST, LP through C T Corporation System, 645 Lakeland East Drive, Suite 101,
Flowood, MS 39232
Name of Person or Entity Served

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

_____   FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE. By mailing (by first class mail, postage prepaid) copies to person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. Form 1B).

__✓__   PERSONAL SERVICE. I personally delivered copies to _Matt Thibodaux_ _ __C.T. Corporation Systems_____ on the _27_ day of _May_, 2021.

_____   RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____.   I served the summons and complaint on the _____ day of _____, 2021, at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____ who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2021, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

_____   CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual delivery to the person served.)

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service:   $ _45.10_

Process server must list below:  [Please print or type]
Name
Address   _____Billy Carr_____
_____P.O. Box 453_____
_____Carriere, MS 39426_____
Telephone No. _____601-273-1992_____

STATE OF MISSISSIPPI
COUNTY OF LAMAR

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named _Billy Carr_____ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____Billy Carr_____
Process server (signature)

Sworn to and subscribed before me this the _____ day of _____, 2021.

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

TINA M. JOHNSON and husband
GINO M. JOHNSON                                                    PLAINTIFFS

VERSUS                                        CIVIL ACTION NO. A2402-2021-048

WAL-MART STORES EAST, LP;
JOHN DOES 1-5; and XYZ
CORPORATIONS 1-5                                                   DEFENDANTS

## NOTICE OF SERVICE OF DISCOVERY PAPERS

I, L. O'Neal Williams, Jr., of counsel for the Plaintiffs, pursuant to Rule 5(d) of the

Mississippi Rules of Civil Procedure, hereby certify to the Court that I have this day mailed

by U.S. Mail, postage prepaid, true and correct copies of the following discovery papers:

(1)   *First Set of Interrogatories Propounded to Defendant Wal-Mart Stores East, LP;*

(2)   *First Set of Requests for Production of Documents Propounded to Defendant Wal-Mart Stores East, LP;* and

(3)   *Requests for Admissions and Related Interrogatories Propounded to Defendant Wal-Mart Stores East, LP.*

to:   **W. PEMBLE DELASHMET**
      **DELASHMET & MARCHAND, P.C.**
      **P. O. Box 2047**
      **Mobile, AL 36652**
      **Attorney for Defendant**

This the 18th day of June, 2021.

Respectfully submitted,

By:   */s/ L. O'Neal Williams, Jr.*
      L. O'Neal Williams, Jr.
      Attorney for Plaintiffs

L. O'NEAL WILLIAMS, JR. (MSB #7248) -
   nealwilliams@wwmlawfirm.net
CORY M. WILLIAMS (MSB #102870)
   corywilliams@wwmlawfirm.net
WILLIAMS, WILLIAMS & MONTGOMERY, P.A.
140 MAYFAIR ROAD, SUITE 1100
HATTIESBURG, MS 39402
TELEPHONE: (601) 271-7943
Fax: (601) 271-7875
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE

I, L. O'NEAL WILLIAMS, JR., of counsel for the Plaintiffs hereby certify that on June 18,

2021, I electronically filed the foregoing with the Clerk of the Court using the MEC system

which sent notification of such filing to:

**W. PEMBLE DELASHMET**
**DELASHMET & MARCHAND, P.C.**
**P. O. Box 2047**
**Mobile, AL 36652**
**Attorney for Defendant**

This the 18th day of June, 2021.

_/s/ L. O'Neal Williams, Jr._
L. O'Neal Williams, Jr.

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

TINA M. JOHNSON and husband
GINO M. JOHNSON                                                              PLAINTIFFS

VERSUS                                         CIVIL ACTION NO. A2402-2021-048

WAL-MART STORES EAST, LP;
JOHN DOES 1-5; and XYZ
CORPORATIONS 1-5                                                           DEFENDANTS

## NOTICE OF SERVICE OF DISCOVERY PAPERS

 I, L. O'Neal Williams, Jr., of counsel for the Plaintiffs, pursuant to Rule 5(d) of the

Mississippi Rules of Civil Procedure, hereby certify to the Court that I have this day mailed

by U.S. Mail, postage prepaid, true and correct copies of the following discovery papers:

(1) *First Set of Interrogatories Propounded to Defendant Wal-Mart Stores East, LP;*

(2) *First Set of Requests for Production of Documents Propounded to Defendant Wal-Mart Stores East, LP;* and

(3) *Requests for Admissions and Related Interrogatories Propounded to Defendant Wal-Mart Stores East, LP.*

to: **W. PEMBLE DELASHMET**
**DELASHMET & MARCHAND, P.C.**
**P. O. Box 2047**
**Mobile, AL 36652**
**Attorney for Defendant**

This the 18th day of June, 2021.

Respectfully submitted,

By: */s/ L. O'Neal Williams, Jr.*
L. O'Neal Williams, Jr.
Attorney for Plaintiffs

L. O'NEAL WILLIAMS, JR. (MSB #7248) -
  nealwilliams@wwmlawfirm.net
CORY M. WILLIAMS (MSB #102870)
  corywilliams@wwmlawfirm.net
WILLIAMS, WILLIAMS & MONTGOMERY, P.A.
140 MAYFAIR ROAD, SUITE 1100
HATTIESBURG, MS 39402
TELEPHONE: (601) 271-7943
Fax: (601) 271-7875
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE

    I, L. O'NEAL WILLIAMS, JR., of counsel for the Plaintiffs hereby certify that on June 18,

2021, I electronically filed the foregoing with the Clerk of the Court using the MEC system

which sent notification of such filing to:

    **W. PEMBLE DELASHMET**
    **DELASHMET & MARCHAND, P.C.**
    **P. O. Box 2047**
    **Mobile, AL 36652**
    **Attorney for Defendant**

This the 18th day of June, 2021.

                            /s/ L. O'Neal Williams, Jr.
                            L. O'Neal Williams, Jr.

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

TINA M. JOHNSON and husband
GINO M. JOHNSON                                                      PLAINTIFFS

VERSUS                                          CIVIL ACTION NO. A2402-2021-048

WAL-MART STORES EAST, LP;
JOHN DOES 1-5; and XYZ
CORPORATIONS 1-5                                                     DEFENDANTS

### NOTICE OF SERVICE OF DISCOVERY PAPERS

I, L. O'Neal Williams, Jr., of counsel for the Plaintiffs, pursuant to Rule 5(d) of the

Mississippi Rules of Civil Procedure, hereby certify to the Court that I have this day mailed

by U.S. Mail, postage prepaid, true and correct copies of the following discovery papers:

(1)   *First Set of Interrogatories Propounded to Defendant Wal-Mart Stores East, LP;*

(2)   *First Set of Requests for Production of Documents Propounded to Defendant Wal-Mart Stores East, LP; and*

(3)   *Requests for Admissions and Related Interrogatories Propounded to Defendant Wal-Mart Stores East, LP.*

to:   **W. PEMBLE DELASHMET**
      **DELASHMET & MARCHAND, P.C.**
      **P. O. Box 2047**
      **Mobile, AL 36652**
      **Attorney for Defendant**

This the 18th day of June, 2021.

Respectfully submitted,

By:   */s/ L. O'Neal Williams, Jr.*
      L. O'Neal Williams, Jr.
      Attorney for Plaintiffs

L. O'NEAL WILLIAMS, JR. (MSB #7248) -
  nealwilliams@wwmlawfirm.net
CORY M. WILLIAMS (MSB #102870)
  corywilliams@wwmlawfirm.net
WILLIAMS, WILLIAMS & MONTGOMERY, P.A.
140 MAYFAIR ROAD, SUITE 1100
HATTIESBURG, MS 39402
TELEPHONE: (601) 271-7943
Fax: (601) 271-7875
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE

I, L. O'NEAL WILLIAMS, JR., of counsel for the Plaintiffs hereby certify that on June 18,

2021, I electronically filed the foregoing with the Clerk of the Court using the MEC system

which sent notification of such filing to:

**W. PEMBLE DELASHMET**
**DELASHMET & MARCHAND, P.C.**
**P. O. Box 2047**
**Mobile, AL 36652**
**Attorney for Defendant**

This the 18th day of June, 2021.

                              /s/ L. O'Neal Williams, Jr.
                              L. O'Neal Williams, Jr.

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

| | | |
|---|---|---|
| TINA M. JOHNSON | * | |
| GINO M. JOHNSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CASE NO. A2402-2021-00048 |
| | * | |
| WAL-MART STORES EAST, LP | * | |
| JOHN DOES 1-5 | * | |
| XYZ CORPORATIONS 1 -5 | * | |
| | * | |
| Defendants. | * | |

**ANSWER**

COMES NOW the Defendant, WAL-MART STORES EAST, L.P. (hereinafter "Wal-Mart"), and files this its Answer with each numbered paragraph corresponding to each numbered paragraph in Plaintiffs' Complaint as follows:

I.

Wal-Mart is without knowledge and information sufficient to form a belief as to Plaintiffs' residency, but at this time admits same.

II.

Wal-Mart Stores East, L.P. admits it is a foreign limited partnership authorized to do business in Mississippi and may be served via its registered agent.

III.

As this paragraph is not directed toward Wal-Mart, no response thereto is required. To the extent this paragraph asserts or implies allegations against Wal-Mart, the same are denied.

IV.

Wal-Mart admits that the amount in controversy as stated in Plaintiffs' Complaint is within this Court's jurisdictional limits, and that, at the present time, the Circuit Court of Harrison County, Mississippi, has subject matter jurisdiction over this matter at this time. Wal-Mart denies that Plaintiff is entitled to any recovery in this matter.

V.

Wal-Mart admits that at all times pertinent herein, it operated the premises where this incident allegedly occurred in D'Iberville, Mississippi. Wal-Mart further admits the store where this incident occurred is a retail establishment engaged in, among other things, the business of selling merchandise to the general public. Wal-Mart denies the remaining allegations of this paragraph and demands strict proof thereof.

VI.

Wal-Mart admits that the law imposes certain duties upon it as the operator of a retail establishment, which laws speak for themselves. Wal-Mart denies the remaining allegations contained in paragraph VI of the Plaintiff's Complaint and demands strict proof thereof.

## COUNT ONE

### VII.

Wal-Mart admits that on March 19, 2018, Plaintiff was present on its premises in D'Iberville, Mississippi. Wal-Mart is without knowledge and information sufficient to form a belief as to the purpose of Plaintiff's presence on its premises, or Plaintiff's status while she was on its premises; therefore, Wal-Mart must currently deny Plaintiff was an "invitee" and demand strict proof thereof. Wal-Mart admits that the law imposes certain duties upon it as the operator of a retail establishment, which laws speak for themselves. Wal-Mart is without knowledge and information sufficient to form a belief as to the allegations concerning Plaintiff's medical condition, including her alleged injuries, and, therefore, must deny the same and demand strict proof thereof. Wal-Mart denies the remaining allegations contained in paragraph VII of the Plaintiff's Complaint and demands strict proof thereof.

### VIII.

Wal-Mart is without knowledge and information sufficient to form a belief as to the allegations concerning how this incident occurred, or Plaintiff's medical condition, including her alleged injuries, and, therefore, must deny the same and demand strict proof thereof. Wal-Mart denies the remaining allegations contained in paragraph VIII of the Plaintiff's Complaint, and specifically denies it was negligent, or that a dangerous or unsafe condition existed on its premises and demands strict proof thereof.

### IX.

Wal-Mart denies any and all negligence on its part and further denies that it "proximately caused or proximately contributed" to Plaintiff's alleged injuries and demands strict proof thereof. Wal-Mart

denies it failed to perform any legal duty owed to plaintiff, and specifically denies the allegations numbered (A) – (D) in paragraph IX of Plaintiff's Complaint and demands strict proof thereof. Wal-Mart denies the remaining allegations contained in paragraph IX of the Plaintiff's Complaint and demands strict proof thereof.

X.

Wal-Mart denies any and all negligence on its part and further denies that it proximately caused or proximately contributed to Plaintiff's alleged injuries and demands strict proof thereof.  Wal-Mart is without knowledge and information sufficient to form a belief as to the allegations concerning Plaintiff's medical condition, alleged injuries, or alleged damages, and, therefore, must deny the same and demand strict proof thereof.  Wal-Mart denies the remaining allegations contained in paragraph X of the Plaintiff's Complaint and demands strict proof thereof.

XI.

Wal-Mart denies the allegations of paragraph XI and demands strict proof thereof.

**COUNT TWO**

XII.

Wal-Mart adopts hereby and incorporates by reference the foregoing paragraphs the same as though fully repeated herein. Wal-Mart denies any and all negligence on its part and further denies that it proximately caused or proximately contributed to Plaintiffs' alleged injuries and demands strict proof thereof.  Wal-Mart is without knowledge and information sufficient to form a belief as to the allegations Plaintiff's medical condition, pre or post incident, or details related to the Plaintiff's marital relationship

and, therefore, must deny the same and demand strict proof thereof.   Wal-Mart denies the remaining allegations contained in paragraph XII of the Plaintiff's Complaint and demands strict proof thereof.

XIII

Wal-Mart denies any and all negligence on its part and further denies that it proximately caused or proximately contributed to Plaintiff's alleged injuries and demands strict proof thereof.   Wal-Mart denies the remaining allegations contained in paragraph XIII of the Plaintiff's Complaint and demands strict proof thereof.

**AD DAMNUM**

As to the unnumbered paragraph below paragraph XIII which begins "WHEREFORE," Wal-Mart denies all allegations of this paragraph, including all allegations in subparts (a) through (f), and denies that the Plaintiffs are entitled to any recovery and demands strict proof thereof.

AFFIRMATIVE DEFENSES

1.   Defendant denies each and every material allegation of Plaintiffs' Complaint not otherwise addressed and demands strict proof thereof.

2.   Plaintiff was guilty of negligence that caused or contributed to cause the injuries about which she complains and, therefore, under Mississippi law, she is barred from recovery or her recovery should be reduced proportionately.

3.   The alleged hazard about which Plaintiff complains was open and obvious thereby obviating a duty to warn and precluding Plaintiff from recovering damages under Mississippi law.

4.      Defendant did not have notice of the alleged hazard about which Plaintiff, complains and, therefore, under Mississippi law, Defendant owed Plaintiff no duty to eliminate or warn of the alleged hazard.

5.      No act or omissions of this Defendant was the proximate cause of any injury to Plaintiffs.

6.      Defendant owed Plaintiffs no duty as alleged, the breach of which caused or contributed to the cause of the Plaintiffs' injuries.

7.      Plaintiffs' injuries and damages were the result of an intervening and/or superseding cause; therefore, Plaintiffs should not recover from Defendant.

8.      Defendant respectfully demands credit for any and all monies paid to, or on behalf of, Plaintiffs from any and all collateral sources.

9.      Plaintiffs, in whole or in part, failed to mitigate their alleged damages and, therefore, are precluded from recovery.

10.     Plaintiffs' alleged damages are the result of a condition and/or injury which predates the incident made the basis of his Complaint and having no causal relationship with this defendant.

11.     Defendant reserves the right to add and/or supplement these affirmative defenses as discovery in this matter has not yet begun.

**DEFENDANT DEMANDS TRIAL BY STRUCK JURY**

> */s/ W. Pemble DeLashmet*
> W. PEMBLE DELASHMET (MS 8840)
> wpd@delmar-law.com
> CHAD C. MARCHAND (MS 102752)
> ccm@delmar-law.com
> MIGNON M. DELASHMET  (MS 2896)
> mmd@delmar-law.com
> Attorneys for Defendant Wal-Mart Stores East, LP

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652

Tax ID 20-5457973
Telephone:     (251) 433-1577
Facsimile:     (251) 433-1578

CERTIFICATE OF SERVICE

     I hereby certify that I have on this 25th day of June 2021 served a copy of the foregoing pleading upon counsel as listed below by depositing the same in the U. S. Mail, postage prepaid and properly addressed.

L. O'Neal Williams, Jr.
Williams, Williams & Montgomery, P.A.
140 Mayfair Rd, Suite 1100
Hattiesburg, MS 39402

*/s/ W. Pemble DeLashmet*
OF COUNSEL

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

TINA M. JOHNSON                          *
GINO M. JOHNSON,                         *
                                         *
    Plaintiff,                           *
                                         *
vs.                                      *     CASE NO. A2402-2021-00048
                                         *
WAL-MART STORES EAST, LP                 *
JOHN DOES 1-5                            *
XYZ CORPORATIONS 1 -5                    *
                                         *
    Defendants.                          *

## <u>NOTICE OF SERVICE</u>

    COMES NOW Defendant, WAL-MART STORES EAST, LP, (Wal-Mart) and hereby gives

notice to the Court that the following has been served on Plaintiff:

1.    Wal-Mart's First set of Interrogatories and Requests for Production of Documents to Plaintiff.
2.    Wal-Mart's Requests for Admissions and Second Requests for Production of Documents to Plaintiff.

        *s/ W. Pemble DeLashmet*
        W. PEMBLE DELASHMET (DEL010)
        wpd@delmar-law.com
        CHAD C. MARCHAND (MAR 136)
        ccm@delmar-law.com
        MIGNON M. DELASHMET  (DEL011)
        mmd@delmar-law.com
        Attorneys for Defendant Wal-Mart Stores East, LP

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:    (251) 433-1577
Facsimile:    (251) 433-1578

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or by U.S. First Class Mail, hand delivery, fax or email on this the 25th day of June 2021.

L. O'Neal Williams, Jr.
Williams, Williams & Montgomery, P.A.
140 Mayfair Rd, Suite 1100
Hattiesburg, MS 39402

_s/ W. Pemble DeLashmet_____
OF COUNSEL

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

TINA M. JOHNSON                          *
GINO M. JOHNSON,                         *
                                         *
     Plaintiff,                        *
                                         *
vs.                                      *          CASE NO. A2402-2021-00048
                                         *
WAL-MART STORES EAST, LP                 *
JOHN DOES 1-5                            *
XYZ CORPORATIONS 1 -5                    *
                                         *
     Defendants.                       *

<u>NOTICE OF APPEARANCE</u>

    Comes now, KEITH B. FRANKLIN of DeLashmet & Marchand, P.C., Post Office Box 2047,

Mobile, Alabama 36652, (251) 433-1577, and notifies the Clerk of the Court and counsel for all parties

of his appearance as counsel of record on behalf of Defendant WALMART STORES EAST L.P. The

undersigned requests the Clerk of the Court and counsel for all parties to serve him with copies of all

future notices, pleadings, orders, etc., in this case.

                                    */s/ Keith B. Franklin*
                                    W. PEMBLE DELASHMET (MS8840)
                                    wpd@delmar-law.com
                                    CHAD C. MARCHAND      (MS 102752)
                                    ccm@delmar-law.com
                                    KEITH B. FRANKLIN      (MS 105376)
                                    kbf@delmar-law.com
                                    MIGNON M. DELASHMET  (MS 2896)
                                    mmd@delmar-law.com
                                    *Attorneys for Defendant Wal-Mart Stores East, LP*

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:     (251) 433-1577
Facsimile:     (251) 433-7994

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronically filing same with the E-File court system upon undersigned counsel on this the 14th day of July, 2021.

L. O'Neal Williams, Jr.
Williams, Williams & Montgomery, P.A.
140 Mayfair Rd, Suite 1100
Hattiesburg, MS 39402


/s/ Keith B. Franklin_____
OF COUNSEL

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

TINA M. JOHNSON                          *
GINO M. JOHNSON,                         *
                                         *
        Plaintiff,                       *
                                         *
vs.                                      *        CASE NO. A2402-2021-00048
                                         *
WAL-MART STORES EAST, LP                 *
JOHN DOES 1-5                            *
XYZ CORPORATIONS 1 -5                    *
                                         *
        Defendants.                      *

<u>**REQUEST TO SERVE SUBPOENAS ON NON-PARTIES**</u>

Take notice that upon the expiration of fifteen (15) days (or such other time as the court has

allowed) from the date of service of this notice, Defendant Wal-Mart Stores East, L.P., will apply to the

clerk of this Court for issuance of subpoenas to be directed to the non-parties whose addresses are listed

below to produce the documents and/or things identified in said subpoenas, at the time and place specified

therein:

BCBS of Mississippi
ATTN: Custodian of Records
3545 Lakeland Drive
Flowood, MS  39232

Encore Rehabilitation of Gulfport- Orange Grove
ATTN: Custodian of Records
15476 Dedeaux Rd. # A
Gulfport, MS 39503

Memorial Hospital at Gulfport
ATTN: Custodian of Records
4500 Thirteenth Street
Gulfport, MS  39501

Singing River Hospital Systems
ATTN: Custodian of Records
2809 Denny Ave.
Pascagoula, MS  39501

Respectfully submitted,

/s/ Keith B. Franklin_____
W. PEMBLE DELASHMET (MS 8840)
wpd@delmar-law.com
CHAD C. MARCHAND (MS 102752)
ccm@delmar-law.com
MIGNON M. DELASHMET (MS 2896)
mmd@delmar-law.com
KEITH B. FRANKLIN  (MS 105376)
kbf@delmar-law.com
*Attorneys for Defendant Wal-Mart Stores East, LP*

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Tax ID 20-5457973
Telephone:      (251) 433-1577
Facsimile:      (251) 433-7994

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 15th day of July 2021 served a copy of the foregoing pleading upon counsel as listed below by depositing the same in the U. S. Mail, postage prepaid and properly addressed.

L. O'Neal Williams, Jr.
Williams, Williams & Montgomery, P.A.
140 Mayfair Rd, Suite 1100
Hattiesburg, MS 39402

/s/ Keith B. Franklin_____
OF COUNSEL

IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
SECOND JUDICIAL DISTRICT

TINA M. JOHNSON and husband
GINO M. JOHNSON                                              PLAINTIFFS

VERSUS                                       CIVIL ACTION NO. A2402-2021-048

WAL-MART STORES EAST, LP;
JOHN DOES 1-5; and XYZ
CORPORATIONS 1-5                                             DEFENDANTS

## NOTICE OF SERVICE OF DISCOVERY PAPERS

I, L. O'Neal Williams, Jr., of counsel for the Plaintiffs, pursuant to Rule 5(d) of the

Mississippi Rules of Civil Procedure, hereby certify to the Court that I have this day mailed

by U.S. Mail, postage prepaid, true and correct copies of the following discovery papers:

*Responses to Requests for Admissions and Second Requests for Production from
Defendant Wal-Mart of Plaintiff*

to:    **W. PEMBLE DELASHMET**
       **DELASHMET & MARCHAND, P.C.**
       **P. O. Box 2047**
       **Mobile, AL 36652**
       **Attorney for Defendant**

This the 22nd day of July, 2021.

                          Respectfully submitted,


                          By:  */s/ L. O'Neal Williams, Jr.*
                               L. O'Neal Williams, Jr.
                               Attorney for Plaintiffs

L. O'NEAL WILLIAMS, JR. (MSB #7248) -
  nealwilliams@wwmlawfirm.net
CORY M. WILLIAMS (MSB #102870)
  corywilliams@wwmlawfirm.net
WILLIAMS, WILLIAMS & MONTGOMERY, P.A.
140 MAYFAIR ROAD, SUITE 1100

HATTIESBURG, MS 39402
TELEPHONE: (601) 271-7943
Fax: (601) 271-7875
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE

I, L. O'NEAL WILLIAMS, JR., of counsel for the Plaintiffs hereby certify that on July 1,

2021, I electronically filed the foregoing with the Clerk of the Court using the MEC system

which sent notification of such filing to:

**W. PEMBLE DELASHMET**
**DELASHMET & MARCHAND, P.C.**
**P. O. Box 2047**
**Mobile, AL 36652**
**Attorney for Defendant**

This the 22nd day of July, 2021.

_/s/ L. O'Neal Williams, Jr._
L. O'Neal Williams, Jr.

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

TINA M. JOHNSON                          *
GINO M. JOHNSON,                         *
                                         *
    Plaintiff,                         *
                                         *
vs.                                      *          CASE NO. A2402-2021-00048
                                         *
WAL-MART STORES EAST, LP                 *
JOHN DOES 1-5                            *
XYZ CORPORATIONS 1 -5                    *
                                         *
    Defendants.                        *

## NOTICE OF SERVICE

    COMES NOW Defendants, WAL-MART STORES EAST, LP, (Wal-Mart) and hereby gives

notice to the Court that the following has been served on Plaintiff:

    1.    Defendant Wal-Mart's Responses to Plaintiff's Request for Admissions and Related
          Interrogatories.

                *s/ W. Pemble DeLashmet*
                W. PEMBLE DELASHMET (MS 8840)
                wpd@delmar-law.com
                CHAD C. MARCHAND (MS 102752)
                ccm@delmar-law.com
                MIGNON M. DELASHMET (MS 2896)
                mmd@delmar-law.com
                JOHN A. PIAZZA (MS 100333)
                jap@delmar-law.com
                *Attorneys for Defendants Wal-Mart Stores East, LP*
                *and Walmart, Inc.*

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:    (251) 433-1577

Facsimile:    (251) 433-7994

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 5th day of August 2021, served a copy of the foregoing pleading upon counsel as listed below by depositing the same in the U. S. Mail, postage prepaid and properly addressed

Christopher Van Cleave
Van Cleave Law, PA
146 Porter Avenue
Biloxi, MS  39530

           /s/ *W. Pemble DeLashmet*____
           OF COUNSEL

**IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI**
**SECOND JUDICIAL DISTRICT**

TINA M. JOHNSON                           *
GINO M. JOHNSON,                          *
                                          *
      Plaintiff,                  *
                                          *
vs.                                       *          CASE NO. A2402-2021-00048
                                          *
WAL-MART STORES EAST, LP                  *
JOHN DOES 1-5                             *
XYZ CORPORATIONS 1 -5                     *
                                          *
      Defendants.                 *

## AMENDED NOTICE OF SERVICE

COMES NOW Defendants, WAL-MART STORES EAST, LP, (Wal-Mart) and hereby gives

notice to the Court that the following has been served on Plaintiff:

1.      Defendant Wal-Mart's Responses to Plaintiff's Request for Admissions and Related
Interrogatories.

                              *s/ W. Pemble DeLashmet*
                              W. PEMBLE DELASHMET (MS 8840)
                              wpd@delmar-law.com
                              CHAD C. MARCHAND (MS 102752)
                              ccm@delmar-law.com
                              MIGNON M. DELASHMET (MS 2896)
                              mmd@delmar-law.com
                              JOHN A. PIAZZA (MS 100333)
                              jap@delmar-law.com
                              *Attorneys for Defendants Wal-Mart Stores East, LP*
                              *and Walmart, Inc.*

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:    (251) 433-1577

Facsimile:      (251) 433-7994

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this 5th day of August 2021, served a copy of the foregoing pleading upon counsel as listed below by depositing the same in the U. S. Mail, postage prepaid and properly addressed

L. O'Neal Williams, Jr.
Williams, Williams & Montgomery, P.A.
140 Mayfair Rd, Suite 1100
Hattiesburg, MS 39402

                                        /s/ *W. Pemble DeLashmet*
                                        OF COUNSEL