IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| TINA M. JOHNSON<br>and GINO M. JOHNSON | PLAINTIFFS |
| v. | CAUSE NO. 1:21CV274-LG-RPM |
| WAL-MART STORES EAST,<br>L.P.; JOHN DOES 1-5; and<br>XYZ Corporations 1-5 | DEFENDANTS |

## AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of all claims in this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 11th day of August, 2022.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge